```
              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF FLORIDA
                   TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,       )
                                )
          Petitioner,           )
                                )
     v.                         ) Case No. 4:11CV375
                                )
E. MAX CAMPBELL,                )
                                )
          Respondent.           )
```

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

COMES NOW the United States of America, through the below named attorney, and avers as follows:

1. This is an action for judicial enforcement of an Internal Revenue Service summons pursuant to 26 U.S.C. §§ 7402(b) and 7604(a). This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345.

2. Respondent E. Max Campbell resides in Sopchoppy, Florida, within the jurisdiction of this Court.

3. Nell Casey, a Revenue Officer of the Internal Revenue Service, employed in the Office of the Area Director, Small Business Self Employed Compliance, in Maitland, Florida, is authorized to issue Internal Revenue Service summonses pursuant

to 26 U.S.C. § 7602 of Title and 26 C.F.R. § 301.7602-1.[*]

4.   Revenue Officer Casey is conducting an investigation for the collection of the individual Federal income tax assessments of respondent for the years 2003 through 2007. (Exhibit 1 - Declaration)

5.   Respondent has in his possession, custody, or control information, books, records, papers, and other data which may be relevant and material to the investigation.

6.   To further her investigation, and in accordance with 26 U.S.C. § 7602, on December 1, 2010, Revenue Officer Casey issued an Internal Revenue Service summons directing respondent to appear before her, or any other designated agent of the Internal Revenue Service, on December 16, 2010, to give testimony and to produce for examination and copying certain books, records, papers, or other data, as requested in the summons.  (Exhibit 2 - Summons)

7.   On December 2, 2010, in accordance with 26 U.S.C. § 7603, Revenue Officer Casey served the summons on respondent

---

[*] Nell Casey is an authorized pseudonym.  Use of pseudonyms approved on or before July 22, 1998, is allowed pursuant to the March 10, 1992, Order of the Federal Service Impasses Panel, which is empowered to make such a decision under 5 U.S.C. § 7119.  Use of pseudonyms, approved after July 22, 1998, is allowed pursuant to Section 3706 of the Internal Revenue Service Restructuring and Reform Act of 1998, Pub. L. No. 105-206, 112 Stat. 778.

by leaving a copy of the summons at the respondent's last and usual place of abode, as evidenced by the Certificate of Service on the back page of the summons.  (Ex. 2, Pg. 2 - Summons)

8. On December 16, 2010, respondent failed to appear and comply with the summons.

9. Respondent's refusal to comply with the summons continues to the date of this Petition.

10. Although some payor information is already in the possession of the Internal Revenue Service, all the information, books, papers, records, and other data sought by the summons are not already in the possession of the Internal Revenue Service.

11. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

12. A Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is not in effect with respect to respondent for the years at issue in this enforcement action.

13. It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summons in order to properly investigate the collection of the federal income tax assessments for the years 2003 through 2007. (Ex. 1 - Declaration)

WHEREFORE the United States respectfully prays that this Court:

a. Enter an Order directing respondent to show cause, if any, why he should not comply with and obey the summons and each and every requirement thereof;

b. Direct the United States promptly to arrange for service of the Petition, the Exhibits, and the Order to Show Cause upon respondent, such service to be effected by a duly authorized official of the Internal Revenue Service, by the United States Marshal's Service, or by a private process server, at the option of the United States;

c. If respondent fails to show cause why he should not comply with and obey the summons, enter an Order directing respondent to appear before Revenue Officer Nell Casey, or any other designated officer of the Internal Revenue Service at such time and place as may hereafter be fixed by Revenue Officer Casey, or her designee, to give testimony and produce for examination and copying the books, papers, records, and other data as demanded by the summons;

d. Award the United States our costs in maintaining this action; and

e.  Grant such other and further relief as is just and proper.

>Respectfully submitted,
>
>PAMELA C. MARSH
>United States Attorney
>
>/s/*Paul Alan Sprowls*
>
>Paul Alan Sprowls
>Assistant United States Attorney
>Florida Bar 232688
>111 North Adams Street, 4th Floor
>Tallahassee, Florida  32301
>(850) 942-8430

Dated: August 4, 2011