# Summons

## Collection Information Statement

In the matter of  E MAX CAMPBELL,  PO BOX 115,  SOPCHOPPY,  FL  32358
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 3 (23)
Periods:  See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

**To:** E MAX CAMPBELL
**At:** 2431 SOPCHOPPY HWY,  SOPCHOPPY, FL  32358

You are hereby summoned and required to appear before MS. NELL CASEY, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 11/30/2009   To 11/30/2010

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

850 TRAFALGAR COURT,  SUITE 200 MS 5332,  MAITLAND  FL  32751  (321) 441-2516

Place and time for appearance: At  104 N MAIN STREET, SUITE 301, GAINESVILLE, FL  32601

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2006)
Catalog Number 25000Q

on the  16th  day of  December , 2010  at  9:30  o'clock a m.

Issued under authority of the Internal Revenue Code this  1st   day of December          , 2010

MS. NELL CASEY  *Nell Casey*
Signature of issuing officer

REVENUE OFFICER
Title

Signature of approving officer *(if applicable)*

Title

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

Date: 12/2/2010

Time: 1:03

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

No one

Signature: Nill Casey

Title: Revenue Officer

---

**I certify that the copy of the summons served contained the required certification.**

Signature: Nill Casey

Title: Revenue Officer

Catalog No. 25000Q

Form **6637** (Rev. 10-2006)

**Attachment 1 to Summons Form 6637**

In the matter of **E MAX CAMPBELL**

Period information:  Form 1040 for the calendar periods ending December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006 and December 31, 2007