UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

      Petitioner,

v.                                             4:11cv375 - RH/WCS

E. MAX CAMPBELL,

      Respondent.
_____/

## MOTION TO DISMISS

COMES NOW, the United States of America, through the below named attorney, and requests that this case be dismissed. September 8, 2011, government's counsel was notified that the Internal Revenue Service decided not to seek enforcement of its summons. Therefore, the government requests this Court dismiss this case without prejudice.

### Certificate of Service

On September 16, 2011, a copy of this motion will be mailed to E. Max Campbell, 2431 Sopchoppy Highway, Sopchoppy, Florida 32358.

                                                     Respectfully submitted,

                                                   Pamela C. Marsh
                                                 United States Attorney

                                               s/ *Paul Alan Sprowls*

                                               Assistant United States Attorney
                                               Florida Bar 232688
                                               111 North Adams Street, 4th Floor
                                               Tallahassee, Florida  32301
                                               (850) 942-8430